Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Acting Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol#0918437)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4983
    Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>         Plaintiff,<br><br>       v.<br><br>**O & K, INC.** *doing business as* **One Clothing,**<br>a California corporation,<br><br>         Defendant. | Case No.: CV 09-01611 RGK FMOx<br><br><br><br><br>**CONSENT JUDGMENT** |

     Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), and defendant O & K, Inc. *doing business as* One Clothing, a California corporation, have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

     A.    The Secretary has filed a Complaint alleging that the defendant violated provisions of Sections 15(a)(1), 15(a)(2), 15(a)(4) and 15(a)(5), 29 U.S.C. §§ 215(a)(1), 215 (a)(2), 215 (a)(4), and 215(a)(5), of the Fair Labor Standards Act of 1938, as amended ("FLSA").

     B.    Defendant has appeared and (after having been advised by the plaintiff of the right to retain the assistance of defense counsel) acknowledges receipt of a copy of

1  the Secretary's Complaint.

2      C.    Defendant waives issuance and service of process and waives answer and

3  any defenses to the Secretary's Complaint.

4      D.    The Secretary and defendant waive Findings of Fact and Conclusions of

5  Law, and agree to the entry of this Consent Judgment in settlement of this action, with-

6  out further contest.

7      E.    Defendant admits that the Court has jurisdiction over the parties and subject

8  matter of this civil action and that venue lies in the Central District of California.

9      It is therefore, upon motion of the attorneys for the Secretary, and for cause

10 shown,

11     ORDERED, ADJUDGED, AND DECREED that the defendant, its officers,

12 agents, servants, and employees and those persons in active concert or participation with

13 them who receive actual notice of this order (by personal service or otherwise) be, and

14 they hereby are, permanently enjoined and restrained from violating the provisions of

15 Sections 15(a)(1), 15(a)(2), 15(a)(4) and 15(a)(5), 29 U.S.C. §§ 215(a)(1), 215(a)(2),

16 215(a)(4), and 215(a)(5), of the Fair Labor Standards Act of 1938, as amended

17 ("FLSA"), in any of the following manners:

18     1.  Defendant shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any em-

19 ployee who in any workweek is engaged in commerce or in the production of goods for

20 commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in

21 commerce or in the production of goods for commerce, within the meaning of FLSA

22 § 3(s), 29 U.S.C. § 203(s), for any workweek longer than 40 hours unless the employee

23 is paid at a rate of time and one-half his/her regular rate for the hours worked over 40.

24     2.  Defendant shall not fail to make, keep, make available to authorized agents of

25 the Secretary for inspection, transcription, and/or copying, upon their demand for such

26 access, and preserve records of employees and of the wages, hours, and other conditions

27 and practices of employment maintained, as prescribed by regulations issued, and from

28 time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and

**Consent Judgment** (Sol #0918437)                                    **Page 2 of 10**

215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regula-
tions, Part 516.

3.  Defendant shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), trans-
port, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell
with knowledge or reason to believe that shipment, delivery, or sale in commerce is in-
tended) goods in the production of which any employee has been employed in violation
of FLSA §§ 6 and/or 7, 29 U.S.C. §§ 206 and/or 207.

4.  Defendant shall not, contrary to FLSA §§ 12(a) and 15(a)(4), 29 U.S.C.
§§ 212(a) and 215(a)(4), ship or deliver for shipment in commerce any goods produced
in any establishment within the United States in which oppressive child labor, as defined
in or pursuant to FLSA § 3(a), 29 U.S.C. § 203(a), has been employed within the 30 day
period prior to the removal of such goods from the establishment.

5.  Defendant shall not continue to withhold the payment of $ 50,000, the unpaid
balance of $ 55,152.17 in minimum wage and overtime compensation hereby found to
be due under the FLSA to 88 employees as a result of their employment by defendant or
by contractors who manufactured garments for defendant during the period of July 17,
2005 through February 4, 2008.  The name of each employee,  the gross backwage
amount due the employee and the period covered by the Consent Judgment is set forth
on the attached Exhibit 1.

6.  Defendant shall not continued to withhold payment of $ 990.00 in unpaid
civil money penalties assessed against the defendant, pursuant to authority granted in
FLSA §16(e), 29 U.S.C. § 216(e), for violation of the child labor provisions of the FLSA
during the period from 2/4/06 – 2/4/08.  Defendant has agreed to pay this penalty with-
out an admission of liability in order to settle this matter.

7.  To satisfy the monetary provisions of this Judgment, defendant shall deliver
to the U.S. Department of Labor, 100 North Barranca Avenue, Suite 850, West Covina,
CA 91791, the following:

a.  On or before December 20, 2008, a certified or cashier's check or money

order with the Firm name and "BWs" written thereon, payable to the order of the "Wage & Hour Div., Labor," in the amount of $40,000;

b.  On or before January 20, 2009, and again, on or before the 20th day of each of the next four months, with the last payment due on or before May 20, 2009, a certified or cashier's check or money order with the Firm name and "BWs" written on each, payable to the order of the "Wage & Hour Div., Labor," in the amount of $2,000;

c.  On or before December 20, 2008, a certified or cashier's check or money order with the Firm name and "CL-CMPs" written thereon, payable to the order of the "Wage & Hour Div., Labor," in the amount of $990.00;

d.  In the event of a default in the timely making of any of the payments specified herein, the full amount under the backwage and civil penalty provisions of this Judgment which then remains unpaid, plus interest at the rate of ten percent (10%) per year, from the date of entry of this Judgment until the full amount of this Judgment is paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the defendant then known to the Secretary;

e.  There will be no pre-payment penalty in the event the defendant pays the full amounts due under the monetary provisions of this Judgment prior to the dates set forth above.

The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be deposited by the Secretary in a special deposit account for payment to the proper persons and upon such inability to pay within 3 years, shall then be deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c); and, it is further

1   ORDERED that the filing, pursuit, and/or resolution of this proceeding with the
2   entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA
3   § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor
4   as to any employee named on the attached Exhibit 1 for any period not specified therein;
5   and, it is further

6   ORDERED that each party shall bear its own fees and other expenses incurred by
7   such party in connection with any stage of this proceeding, including but not limited to
8   attorneys' fees, which may be available under the Equal Access to Justice Act, as
9   amended; and, it is further

10   ORDERED that this Court retains jurisdiction of this action for purposes of en-
11   forcing compliance with the terms of this Consent Judgment.

12
13   Dated: March 13, 2009                    _____
14                                            U.S. DISTRICT COURT JUDGE
15   For the defendant:
16   The defendant hereby appears, waives any
17   defense herein, consents to the entry of
18   this Judgment, and waives notice by the
19   Clerk of Court:

20   For:  Defendant O & K, Inc. doing business as One Clothing

21   By: _____        _____
22          Authorized Agent                    Date

23   Its: _____

24   ///
25   ///
26   ///
27   ///
28   ///

For the plaintiff:

CAROL A. DEDEO
Deputy Solicitor for National Operations

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Acting Associate Regional Solicitor

_____          _____
SUSAN SELETSKY, Attorney                              Date
Attorneys for the Plaintiff
U.S. Department of Labor

Re:   <u>Chao v. O & K, Inc.</u> <u>*et al.*</u>
        U.S.D.C., CD of Cal. Case No.:

Exhibit 1

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wage Amount |
|---|---|---|---|---|
| A | Mateo | 10/15/2007 | 12/9/2007 | 1567.75 |
| Aguilar | Jesus | 10/14/2007 | 2/4/2008 | 403.29 |
| Andres | Maria | 2/5/2006 | 5/13/2006 | 471.31 |
| Arcos | Miguel | 7/9/2006 | 9/17/2006 | 50.21 |
| Artiega | Ana | 10/29/2007 | 12/29/2007 | 595.19 |
| Beltran | Yeri | 7/16/2006 | 1/27/2008 | 421.67 |
| Blanca | Blanca | 12/23/2007 | 2/4/2008 | 624.92 |
| Burgos | Mario | 11/8/2007 | 1/27/2008 | 116.12 |
| Cantu | Armando | 7/9/2006 | 9/16/2007 | 510.01 |
| Cayetano | Antonio | 2/5/2006 | 2/4/2008 | 4922.03 |
| Chamu | Eufemia | 8/18/2006 | 5/27/2007 | 477.08 |
| Chan | Clemente | 10/14/2007 | 2/4/2008 | 661.04 |
| Chen | Mei | 9/15/2006 | 12/21/2007 | 403.14 |
| Chi | Kiu | 4/13/2007 | 6/8/2007 | 97.37 |
| Chuong Le | Lien | 9/15/2006 | 10/26/2007 | 365.51 |
| Cruz | Evaristo | 7/9/2006 | 2/11/2007 | 199.86 |
| Cruz | Miguelina | 7/9/2006 | 1/27/2008 | 399.93 |
| Delgado | Alicia | 2/24/2007 | 4/28/2007 | 241.05 |
| Diaz | Jesus | 9/16/2007 | 1/27/2008 | 31.44 |
| Duong | Lien | 1/5/2007 | 6/8/2007 | 108.28 |
| Emilio | Emilio | 12/2/2007 | 2/4/2008 | 902.14 |
| Flores | Rosa Amelia | 11/2/2006 | 12/7/2007 | 1080.88 |
| Francisco | Pascual | 7/9/2006 | 8/19/2007 | 474.28 |
| G | Juan | 10/14/2007 | 2/4/2008 | 978.50 |

**Exhibit 1**

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wage Amount |
|---|---|---|---|---|
| Garcia | Julia | 7/9/2006 | 1/27/2008 | 54.87 |
| German | Rene | 12/23/2007 | 1/28/2008 | 362.04 |
| Gloria | Gloria | 10/14/2007 | 1/14/2008 | 629.78 |
| Gomez | Pablo | 7/9/2006 | 8/6/2006 | 25.10 |
| Gonzalez | Francisca | 11/25/2007 | 2/4/2008 | 863.45 |
| Gonzalez | Maria | 2/5/2006 | 4/1/2006 | 561.50 |
| He | Yan | 9/15/2006 | 7/20/2007 | 627.67 |
| Hernandez | Francisco | 12/3/2007 | 2/4/2008 | 854.49 |
| Ho | Linh | 1/5/2007 | 8/17/2007 | 193.94 |
| Jaimes | Leticia | 1/6/2007 | 6/30/2007 | 372.98 |
| Javier | Javier | 12/16/2007 | 1/28/2008 | 390.22 |
| Jerardo | Jerardo | 12/9/2007 | 1/14/2008 | 419.94 |
| Jimenez | Crispina | 3/10/2007 | 7/14/2007 | 266.46 |
| Juanto Enahat | Francisco | 1/20/2008 | 1/27/2008 | 13.29 |
| Klkey | Joachin | 1/20/2008 | 1/27/2008 | 38.45 |
| Lee | Melissa | 5/3/2007 | 12/6/2007 | 977.74 |
| Lee | Won Hee | 10/4/2007 | 12/6/2007 | 305.54 |
| Leonel | Leonel | 12/2/2007 | 1/7/2008 | 306.64 |
| Li | Chang | 4/13/2007 | 5/25/2007 | 229.85 |
| Li | Jin | 9/29/2006 | 12/22/2006 | 150.89 |
| Li | Mei | 9/15/2006 | 7/22/2007 | 429.14 |
| Ly | Chi | 10/27/2006 | 9/28/2007 | 355.29 |
| Ma | Mei | 9/29/2006 | 3/30/2007 | 321.44 |
| Mai | Chun | 9/29/2006 | 12/22/2006 | 156.06 |
| Maria | Maria | 10/14/2007 | 2/4/2008 | 1142.73 |

**Exhibit 1**

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wage Amount |
|---|---|---|---|---|
| Marin | Oscar | 11/12/2006 | 7/20/2007 | 129.05 |
| Marina | Marina | 1/6/2008 | 2/4/2008 | 530.37 |
| Martha | Martha | 11/25/2007 | 2/4/2008 | 447.10 |
| Martinez | Genoveva | 8/26/2007 | 1/27/2008 | 28.07 |
| Mejia | Juan | 2/4/2007 | 2/4/2008 | 4262.44 |
| Mejia | Rodolfo | 11/5/2007 | 2/4/2008 | 724.84 |
| Melvin | Melvin | 12/9/2007 | 1/28/2008 | 791.35 |
| Monroy | Carmen | 7/9/2006 | 2/11/2007 | 127.49 |
| Monroy | Blanca | 2/19/2006 | 2/4/2008 | 6441.70 |
| Nitta | Hanae | 11/5/2007 | 12/6/2007 | 152.77 |
| Noel | Noel | 12/23/2007 | 1/21/2008 | 318.48 |
| Omar | Omar | 12/9/2007 | 1/14/2008 | 518.84 |
| Oxlaj | Andres | 7/9/2006 | 1/27/2008 | 67.00 |
| P | Alonso | 10/29/2007 | 12/17/2007 | 279.15 |
| Pantosa | Belen | 2/5/2006 | 5/20/2006 | 1054.46 |
| Paxtor | Sandra | 8/6/2006 | 1/27/2008 | 165.14 |
| Payan | Elsa | 11/2/2006 | 12/7/2007 | 1147.06 |
| Ramos | Antonio | 7/9/2006 | 8/19/2007 | 389.43 |
| Rios | Victor | 10/4/2007 | 12/6/2007 | 801.25 |
| Rivas | Ana | 12/9/2007 | 12/29/2007 | 295.93 |
| Rojas | Caty | 7/17/2005 | 6/30/2007 | 1096.99 |
| Rubio | Ana | 7/17/2005 | 7/14/2007 | 591.73 |
| Salvador | Salvador | 1/6/2008 | 2/4/2008 | 524.48 |
| Santos | Fredy | 2/5/2006 | 2/4/2008 | 2558.50 |
| Sergio | Sergio | 11/25/2007 | 2/4/2008 | 768.86 |

**Exhibit 1**

| Last Name | First Name | Period Beginning | Period Ending | Gross Back-wage Amount |
|---|---|---|---|---|
| Silvestre | Audilia | 7/9/2006 | 1/13/2008 | 379.96 |
| Sndoval | Margarita | 2/5/2006 | 3/20/2006 | 242.25 |
| Suastegui | Raul | 10/21/2007 | 2/4/2008 | 656.69 |
| Tecun | Maria | 1/20/2008 | 1/27/2008 | 24.20 |
| Truong | Kui | 11/10/2006 | 2/8/2007 | 73.61 |
| Valdez | Zobeida | 11/2/2006 | 8/16/2007 | 564.71 |
| Valentin | Valentin | 12/2/2007 | 1/14/2008 | 699.47 |
| Vasquez | Isaoas | 1/20/2008 | 1/27/2008 | 8.36 |
| Vega | Maria | 9/18/2006 | 12/7/2007 | 867.24 |
| Wu | Lie | 1/5/2007 | 7/6/2007 | 224.03 |
| Yang | Yoohoe | 11/15/2007 | 12/6/2007 | 122.22 |
| Yolanda | Yolanda | 10/14/2007 | 1/7/2008 | 360.40 |
| Yu | Shaowen | 11/24/2006 | 5/25/2007 | 216.05 |
| Yu Cheng | Hui | 9/15/2006 | 7/20/2007 | 347.97 |

**Exhibit 1**